[No. 37478-8-I.   Division One.   August 4, 1997.]

ELVIN LONG, *Respondent*, v. BILL AUBREY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-02943-6, George A. Finkle, J., entered October 13, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, C.J., concurred in by Grosse and Ellington, JJ.

[No. 38021-4-I.   Division One.   August 4, 1997.]

LEADER NATIONAL INSURANCE COMPANY, *Respondent*, v. LES THERIAULTS, LTD., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-05191-0, Robert S. Lasnik and Anthony P. Wartnik, JJ., entered January 2, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Agid, J.

[No. 38026-5-I.   Division One.   August 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MENDOZA-MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06216-1, Joan E. Dubuque, J., entered January 8, 1996. *Remanded* by unpublished per curiam opinion.